Herman Blanford, Jr., et al., Plaintiffs-Appellants, v. Blanche Connery, d/b/a Connery Freight Lines, and Hilton L. Vowell, Defendants-Appellees.

**Gen. No. 11,095.**

Second District, First Division.

March 26, 1958.

Released for publication April 12, 1958.

Kevin D. Kelly, Tobias G. Barry, and Michael A. Gerrard, for appellant; Hollerich & Hurley and George L. Herbolsheimer, for appellee.
Opinion by JUSTICE McNEAL. **Not to be published in full.**